IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BELL HELICOPTER TEXTRON INC.,** a Delaware corporation, P.O. Box 482 Fort Worth, TX 76101, and **BELL HELICOPTER TEXTRON CANADA LTD.**, a Canadian corporation, 12800 rue de l'Auenir, Mirabel, QC, J7J 1R4<br>            **Plaintiffs,**<br><br>v.<br><br>**ISLAMIC REPUBLIC OF IRAN,** a foreign nation, **IRAN AIRCRAFT MANUFACTURING COMPANY,** an Iranian corporation, Km 5 Karaj Special Road (Jadeh Makhsouse Karaj), Tehran, Iran **IRAN HELICOPTER SUPPORT & RENEWAL CO.**, an Iranian corporation, Daryaye Nour Street, Corner of Kouche Haftom, Next to Ghodousi Judicial Complex, Tehran, Iran<br><br>            **Defendants.** | <br><br><br><br><br><br><br><br>**Civil Action No. _____** |

## DEFENDANT BELL HELICOPTER TEXTRON INC.'S
## <u>CORPORATE DISCLOSURE STATEMENT</u>

Certificate required by L.Cv.R. 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Bell Helicopter Textron Inc. ("BHTI") certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of BHTI which have any outstanding securities in the hands of the public.

1. BHTI's parent corporation is, and is wholly owned by, Textron Inc. and;

2. No other publicly held corporation owns 10% or more of BHTI.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____
D. Lee Rutland # 385761
Robert S. Morter #474337
WHARTON LEVIN EHRMANTRAUT
    & KLEIN, P.A.
P.O. Box 551
104 West Street
Annapolis, Maryland 21404-0551
Telephone (410) 263-5900
Facsimile (410) 280-2230

Stephen C. Howell
Texas Bar No. 10107700
Cary Dorman
State Bar No. 06007200
HOWELL, DORMAN & SAMS, PC
307 W. 7th Street, Suite 1918
Fort Worth, Texas
Telephone   (817) 348-9800
Facsimile    (817) 348-0384

Attorneys for Plaintiffs