## WHARTON LEVIN
## EHRMANTRAUT & KLEIN

Attorneys At Law
A Professional Association

**Robert S. Morter**

Admitted MD/DC
Fax 410 263 6583
rsm@wlekn.com

January 19, 2007

Clerk's Office – Civil Division
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    ***Bell Helicopter Textron, Inc., et al. v. Islamic Republic of Iran, et al.***
           Case No.: 1:06CV01694

Dear Clerk:

    On behalf of the plaintiffs, enclosed are Summonses, and related papers to be served on the defendants who are foreign entities.

    Iran Aircraft Manufacturing Company and Iran Helicopter Support & Renewal Co. are to be served pursuant to Rule 28 USC §1608(b)(3)(B).

    The Republic of Iran is to be served pursuant to Rule 28 USC §1608(a)(3).

    Please process the documents in the attached envelopes for service to these defendants pursuant to the referenced Rules and when ready, please return to the undersigned in the enclosed self-addressed, stamped envelope.

    Thank you for your assistance.

                                                                     Very truly yours,

                                                                       Robert S. Morter

RSM:lss
Encl.