| Description | Registered Article (Envoi) | Letter (Lettre) | Printed Matter (Imprimé) | Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | Express Mail International |
|---|---|---|---|---|---|---|
| | Insured Value (Valeur déclarée) | | Article Number RR 943 315 471 US | | | |

...Support Renewal Co.
...Vac Street Corner of ... Htom
...Ghardaia Judicial ...



FEB 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT