**WHARTON LEVIN**  
**EHRMANTRAUT & KLEIN**

Attorneys At Law  
A Professional Association  
Robert S. Morter

Admitted MD/DC  
Fax 410 263 6583  
rsm@wlekn.com

July 26, 2007

RECEIVED  
JUL 3 0 2007  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

Clerk's Office – Civil Division  
United States District Court  
For the District of Columbia  
333 Constitution Avenue, N.W.  
Washington, DC 20001

   Re:   *Bell Helicopter Textron, Inc., et al. v. Islamic Republic of Iran, et al.*  
         Case No.: 1:06CV01694

Dear Clerk:

On behalf of the plaintiffs, enclosed is a new Summons and related papers to be served on Iran Helicopter Support & Renewal Co. Iran Helicopter Support & Renewal Co. is to be served pursuant to Rule 28 USC §1608(b)(3)(B). Please process in the attached envelope for service to this defendant pursuant to the referenced Rule and when ready, return to the undersigned in the enclosed self-addressed, stamped envelope.

   Thank you for your assistance.

                                                Very truly yours,

                                                Robert S. Morter

RSM:lss  
Encl.