IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BELL HELICOPTER TEXTRON INC.,
a Delaware corporation, P.O. Box 482
Fort Worth, TX 76101, and
BELL HELICOPTER TEXTRON
CANADA LTD., a Canadian corporation,
12800 reu de l'Auenir, Mirabel. QC,
J7J 1R4

                                              CIVIL ACTION NO. 1:06-CV-01694
                                                Judge:  Ricardo M. Urbina

     Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,
a foreign nation, IRAN AIRCRAFT
MANUFACTURING COMPANY,
an Iranian corporation,
Km 5 Karaj Special Road
(Jadeh Makhsouse Karaj), Tehran, Iran
IRAN HELICOPTER SUPPORT
& RENEWAL CO., an Iranian
corporation, Daryaye Nour Street,
Corner of Kouche Haftom, Next to
Ghodousi Judicial Complex,
Tehran, Iran

     Defendants.

## MOTION FOR ADMISSION PRO HAC VICE

The Plaintiffs, Bell Helicopter Textron, Inc. and Bell Helicopter Textron Canada Limited (hereinafter, collectively, "Bell"), by undersigned counsel, move for the admission *pro hac vice* of attorneys, John G. Sams and David W. Chant, as attorneys for the Plaintiffs.  Mr. Sams and Mr. Chant are members in good standing of the Texas Bar.  Declarations pursuant to LCivR 83.2(d) are attached.

        WHARTON LEVIN EHRMANTRAUT & KLEIN, P.A.
        Respectfully submitted,


        /s/ D. Lee Rutland
        _____
        D. Lee Rutland, Bar No. 385761
        Robert S. Morter, Bar No. 474337
        104 West Street, P.O. Box 551
        Annapolis, MD   21404-0551
        (410) 263-5900 Phone
        (410) 280-2230 Facsimile


## CERTIFICATE OF SERVICE

    I certify at the present time, July 9th, 2008, there is no counsel or individual upon which the foregoing document may be served.


        /s/ D. Lee Rutland
        _____
        D. Lee Rutland, Bar No. 385761

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BELL HELICOPTER TEXTRON INC., a Delaware corporation, P.O. Box 482 Fort Worth, TX 76101, and BELL HELICOPTER TEXTRON CANADA LTD., a Canadian corporation, 12800 reu de l'Auenir, Mirabel. QC, J7J 1R4 <br><br> PLAINTIFFS, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, a foreign nation, IRAN AIRCRAFT MANUFACTURING COMPANY, an Iranian corporation, Km 5 Karaj Special Road (Jadeh Makhsouse Karaj), Tehran, Iran IRAN HELICOPTER SUPPORT & RENEWAL CO., an Iranian corporation, Daryaye Nour Street, Corner of Kouche Haftom, Next to Ghodousi Judicial Complex, Tehran, Iran <br><br> DEFENDANTS. | CIVIL ACTION NO. 1:06-CV-01694-RMU |

## DECLARATION OF DAVID W. CHANT

1. "My name is David W. Chant. The facts stated in this declaration are true and correct and within my personal knowledge.

2. I am an attorney and an associate of Brown, Dean, Wiseman, Proctor, Hart & Howell, LLP.

3. My business address is 306 West 7th Street, Fort Worth, Texas 76102. My business

telephone number is 817.332.1391 and my business facsimile is 817.870.2427.

4. I have been retained as a member of the above mentioned law firm by Bell Helicopter Textron Inc. and Bell Helicopter Textron Canada Ltd. to provide legal representation in connection with this case.

5. Since May of 1999, I have been and presently am a member in good standing of the bar of the highest court of the State of Texas.

6. I have been admitted to practice in the following courts:

    State of Texas
    United States District Court of the Northern District of Texas
    United States District Court of the Eastern District of Texas
    United States District Court of the Western District of Texas
    United States District Court of the Southern District of Texas

7. I, David W. Chant, have not been the subject of a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court.

8. I have not been charged, arrested, or convicted of a criminal offense or offenses.

9. In the past two years, I have not applied to be admitted *pro hac vice* in this Court.

10. I designate Robert S. Morter as local counsel of record to assist me in this case. Mr. Morter's business address is 104 West Street P.O. Box 551 Annapolis, Maryland 21404-0551. His telephone number is 410.263.5900 and his facsimile is 410.280.2230.

11. I certify that I have read and am familiar with the local civil rules of this court and that I will abide by and comply with these rules.

Further declarant sayeth not."

I declare under penalty of perjury that the foregoing is true and correct.

_____
David W. Chant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BELL HELICOPTER TEXTRON INC., a Delaware corporation, P.O. Box 482 Fort Worth, TX 76101, and BELL HELICOPTER TEXTRON CANADA LTD., a Canadian corporation, 12800 reu de l'Auenir, Mirabel. QC, J7J 1R4<br><br>PLAINTIFFS,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, a foreign nation, IRAN AIRCRAFT MANUFACTURING COMPANY, an Iranian corporation, Km 5 Karaj Special Road (Jadeh Makhsouse Karaj), Tehran, Iran IRAN HELICOPTER SUPPORT & RENEWAL CO., an Iranian corporation, Daryaye Nour Street, Corner of Kouche Haftom, Next to Ghodousi Judicial Complex, Tehran, Iran<br><br>DEFENDANTS. | CIVIL ACTION NO. 1:06-CV-01694-RMU |

## DECLARATION OF JOHN G. SAMS

1. "My name is John G. Sams. The facts stated in this declaration are true and correct and within my personal knowledge.

2. I am an attorney and a partner of Brown, Dean, Wiseman, Proctor, Hart & Howell, LLP.

3. My business address is 306 West 7th Street, Fort Worth, Texas 76102. My business

telephone number is 817.332.1391 and my business facsimile is 817.870.2427.

4. I have been retained as a member of the above mentioned law firm by Bell Helicopter Textron Inc. and Bell Helicopter Textron Canada Ltd. to provide legal representation in connection with this case.

5. Since 1990, I have been and presently am a member in good standing of the bar of the highest court of the State of Texas.

6. I have been admitted to practice in the following courts:

> State of Texas
> United States Appellate Court, the Fifth Circuit Court of Appeals
> United States Appellate Court, the Ninth Circuit Court of Appeals
> United States District Court of the Northern District of Texas
> United States District Court of the Eastern District of Texas
> United States District Court of the Western District of Texas
> United States District Court of the Southern District of Texas

7. I, John G. Sams, have not been the subject of a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court.

8. I have not been charged, arrested, or convicted of a criminal offense or offenses.

9. In the past two years, I have not applied to be admitted *pro hac vice* in this Court.

10. I designate Robert S. Morter as local counsel of record to assist me in this case. Mr. Morter's business address is 104 West Street P.O. Box 551 Annapolis, Maryland 21404-0551. His telephone number is 410.263.5900 and his facsimile is 410.280.2230.

11. I certify that I have read and am familiar with the local civil rules of this court and that I will abide by and comply with these rules.

Further declarant sayeth not."

I declare under penalty of perjury that the foregoing is true and correct.

_____
John G. Sams