IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BELL HELICOPTER TEXTRON INC., :
et al
                                                           CIVIL ACTION NO. 1:06-CV-01694
      Plaintiffs                 :    Judge: Ricardo M. Urbina

v.                                              :

ISLAMIC REPUBLIC OF IRAN,    :
et al

      Defendants              :

**<u>PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT</u>**

      The Plaintiffs, Bell Helicopter Textron, Inc. and Bell Helicopter Textron Canada Limited, file this Request for Entry of Default upon Defendant, ISLAMIC REPUBLIC OF IRAN ("Iran"), and ask the Clerk of the Court to enter a default against Iran, as authorized by Federal Rule of Civil Procedure 55.

      1.    On September 29, 2006, Bell filed suit against Iran for patent and trademark infringement.

      2.    On July 30, 2007, Iran was served through diplomatic channels as required under 28 USC § 1608(a)(4). The U.S. Department of State forwarded a copy of the Summons and Complaint in this matter, along with a copy of the Foreign Sovereign Immunities Act and a "Notice of Suit" (all translated into Farsi) to the United States Embassy in Bern, Switzerland. The U.S. Embassy forwarded the service material to the Swiss Ministry of Foreign Affairs, which in turn forwarded the material to the U.S. Interests Section of the Swiss Embassy in Tehran, Iran. The Swiss Embassy in Tehran delivered the service material to the Iranian Ministry of Foreign Affairs on July 30, 2007. The delivery of the material through diplomatic channels has been verified by the Swiss Embassy,

and return of service was filed in this matter on October 1, 2007 by the United States Department of State, and is located at the Court's docket #7. As of the present date, Iran has not filed responsive pleadings or otherwise appeared to defend the suit.

    3.    Because Iran is a foreign state under the Foreign Sovereign Immunities Act, Plaintiffs are prepared to set forth a *prima facie* case of liability and damages, as the Court may require.

    4.    For the reasons stated above, Plaintiffs ask the Clerk to enter a default judgment against Defendant, ISLAMIC REPUBLIC OF IRAN.

    Respectfully submitted,
WHARTON LEVIN EHRMANTRAUT & KLEIN, P.A.


/s/ D. Lee Rutland
_____
D. Lee Rutland, Bar No. 385761
Robert S. Morter, Bar No. 474337
104 West Street, P.O. Box 551
Annapolis, MD   21404-0551
(410) 263-5900 Phone
(410) 280-2230 Facsimile

John G. Sams
Texas State Bar No. 17566100
David W. Chant
Texas State Bar No. 10107700
BROWN, DEAN, WISEMAN, PROCTOR, HART & HOWELL, L.L.P.
306 West 7th Street
Fort Worth Club Bldg., Suite 200
Fort Worth, Texas 76102
(817) 332-1391 Phone
(817) 870-2427 Facsimile

## **CERTIFICATE OF SERVICE**

I certify at the present time, September 11th, 2008, there is no counsel or individual upon which the foregoing document may be served.

/s/ D. Lee Rutland
_____
D. Lee Rutland, Bar No. 385761