UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BELL HELICOPTER TEXTRON INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-1694 (ABJ) |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) ) ) | |
| Defendants. | ) ) | |

## AMENDING ORDER

It is ORDERED that the Court's Order issued on September 25, 2012 [Dkt. # 40] is amended as follows:

The third line that reads "motion to vacate [Dkt. # 28] the default judgment against it is granted[]" should now read:

"motion to vacate [Dkt. # 28] the default judgment against it is granted. It is FURTHER ORDERED that this case is dismissed for lack of subject-matter jurisdiction."

All remaining aspects or the Order of September 25, 2012 [Dkt. # 40] remain unchanged.

_____
AMY BERMAN JACKSON
United States District Judge

DATE: September 26, 2012